UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID KING,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL GALANO, *et al.*,<br><br>    Defendants. | Civ. No. 14-1691 (WJM)<br><br>**ORDER** |

A Report and Recommendation was filed on September 18, 2015 recommending that the undersigned grant Defendants' motion to dismiss for lack of prosecution. *See* ECF No. 28. The parties were notified that they had fourteen (14) days to submit objections and responses to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). No objection or response having been received by this Court,[1] and the Court having reviewed the Report and Recommendation *de novo*, and good cause appearing;

**IT IS** on this 28th day of October 2015, hereby,

**ORDERED** that the Report and Recommendation of Magistrate Judge Mark Falk is adopted as the Opinion of this Court; and it is further

---

[1] The Report and Recommendation was sent to Plaintiff's last known address, but was later returned as undeliverable. However, it is Plaintiff's responsibility to notify the Court of a change of address. The Court will therefore adopt the Report and Recommendation, notwithstanding the fact that it was returned as undeliverable. *See, e.g.*, L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."); *Calvaruso v. JPMorgan Chase Bank, N.A.*, No. 14-4515, *1 (D.N.J. June 9, 2015) (adopting report and recommendation that was returned as undeliverable).

1

**ORDERED** that Plaintiff's motion to dismiss **GRANTED**

        /s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**

cc:   The Hon. Mark Falk, U.S.M.J.